UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


ROBERT W. JOHNSON,

       Plaintiff,

v.                                                1:19cv251–WS/CJK

CHIEF U.S. DISTRICT JUDGE
KRISTI K. DUBOSE, et al.,

       Defendants.

----

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 10) docketed November 6, 2019. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and to comply with a court order. In response, Plaintiff has filed a "Notice of Appeal and Objections to R&R" (ECF No. 11), which—quoted in its entirety—stated:

> I, Robert W. Johnson, the Plaintiff requests the courts set a date & time on the calender to hear Plaintiff's Notice of Appeal & R & R Objections for the following reasons: 1. Plaintiff appeals & objects to Judge's R & R in its entirety as civil matters captioned are RICO ACT Crimes subjects for Department of Justice intervention, not limited to involved government officials.

Upon review of the record, including Plaintiff's unhelpful "Notice of Appeal and Objections to R&R" (ECF No. 11), this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 10) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's complaint and this action are hereby DISMISSED without prejudice for failure to comply with a court order and to adequately prosecute the case.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this ___6th___ day of ___January___, 2020.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF FLORIDA
SITTING BY DESIGNATION